In the Matter of the Application of CHARLES RIES and ANNA M. H. HUEG, Respondents, as Creditors of CATHERINE A. C. G. REHFELDT, for the Sale, Mortgage or Lease of the Real Property of CATHERINE A. C. G. REHFELDT, Deceased, for the Payment of Debts. JACOB J. KAPPES and Others, Appellants.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

SAMUEL KANTOR, Respondent, v. MORRIS SPODEK, Appellant.— We are of opinion that the money expended for legal services was not a proper element of damage. Judgment and order reversed and a new trial granted, with costs to abide the event; unless plaintiff stipulate within twenty days to reduce the amount of recovery to $300, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.